In the Matter of the Application of FELICIE A. ILLFELDER (Now KAHN), Appellant, for an Order Setting Aside the Decree of Surrogate's Court, Dated October 27, 1924, Judicially Settling the Account of ARNOLD M. SCHMIDT and FRANZ B. ILLFELDER as Two of the Executors, etc., of JOSEPH M. ILLFELDER, Deceased, etc.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ. [136 Misc. 430.]

CRITERION HOLDING Co., INC., Respondent, v. B. PETER CERUSSI and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE BUTTERICK PUBLISHING COMPANY, Respondent, v. CORN EXCHANGE BANK, Appellant, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of JOHN DWIGHT SULLIVAN, Appellant, an Attorney at Law, to Fix and Determine His Lien for Professional Services Rendered to WILLIAM J. KURZ.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOHN DWIGHT SULLIVAN.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPHINE L. KNAUFF, Respondent, v. HAROLD A. KNAUFF, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

GERARD P. TAMELING and N. NELSON KEEN, Respondents, v. CAROLINE H. PRICHITT, as Sole Executrix, etc., of HUGH K. PRICHITT, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.; Finch and Martin, JJ., dissent.

In the Matter of the Application for Ancillary Letters Testamentary of the Last Will and Testament of ROBERT BENTLEY, Late of the Parish of St. Katherine, State of Jamaica, British West Indies, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ALPHA SILK THROWING Co., INC., a New Jersey Corporation, Appellant, v. H. FUJIMURA & Co., INC., a New York Corporation, and HISASHI FUJIMURA, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MARY J. GALVIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

KERBER STRAW HAT CORPORATION, Respondent, v. JOHN WEBER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.